IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN J. LINDSEY, # 225425,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | CIVIL ACTION NO.  2:04cv302-WKW |
| ) | (WO) |
| DOCTOR COOLEY, *et al.*,       ) | |
| ) | |
| Defendants.       ) | |

**ORDER**

On May 25, 2006, the plaintiff filed a pleading entitled "Motion to Proceed" (doc. # 62) in which he seeks leave to file a motion to dismiss.  On May 12, 2006, the undersigned entered a Report and Recommendation recommending that the defendants' motion for summary judgment be granted and that this case be dismissed.  Accordingly, upon consideration of the motion to proceed, it is

ORDERED that the motion be and is hereby DENIED.

Done this 26th day of May, 2006.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE