IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN J. LINDSEY, #225425, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-302-WKW |
| | ) | (WO) |
| DOCTOR COOLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 12, 2006, the Magistrate Judge filed a Recommendation (Doc. # 61) in this case to

which no timely objections have been filed.  Upon  an independent review of the file in this case and

upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Recommendation of the Magistrate Judge is ADOPTED;

2.      The defendants' motions for summary judgment (Doc. # 12 and Doc. # 21) are

        GRANTED; and

3.      This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 14th day of June, 2006.

                        /s/   W.  Keith Watkins
                  UNITED STATES DISTRICT JUDGE