IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRIAN J. LINDSEY, #225425,           ) | |
| )                                                   | |
| Plaintiff,                          )           | |
| )                                                   | |
| v.                                     )          | CASE NO. 2:04-cv-302-WKW |
| )                                                   | (WO) |
| DOCTOR COOLEY, et al.,      )        | |
| )                                                   | |
| Defendants.                    )            | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice. The costs of this proceeding are taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 14th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE